Argued and submitted May 23, vacated and remanded in part; otherwise affirmed
July 19, 1995

STATE OF OREGON,
*Respondent,*

*v.*

LaJEANNIA MARIA BURGESS,
*Appellant.*

(94CR-0038, 94CR-0103;
CA A85171 (Control), A85172)
(Cases Consolidated)

898 P2d 1370

Irene B. Taylor, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Timothy A. Sylwester, Assistant Attorney General, argued the cause for respondent. With him on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

## PER CURIAM

This consolidated appeal involves two indictments that charged defendant with felony driving while revoked (FDWR). Each indictment accused defendant of committing two counts of FDWR. After a trial by stipulated facts, defendant was convicted on all four counts. The trial court entered separate judgments in each case. It merged counts 1 and 2 in each indictment for sentencing. Defendant appeals the convictions that were based on count 2 in each indictment. Those counts were both based on the fact that defendant drove on a public highway during the period in which her driving privileges were revoked by the Circuit Court of Jefferson County.

Defendant argues that, under *State v. Daniels*, 320 Or 466, 886 P2d 1019 (1994), at most, she could be found guilty under count 2 in both indictments of committing a class B traffic infraction. The state concedes that defendant is correct. The state argues that it is unnecessary to remand for entry of convictions for the infractions, because each infraction would merge with the corresponding felony conviction. ORS 161.067(1). We agree. Accordingly, we vacate the convictions on count 2 in each case.

Convictions on count 2 in CA A85171 and count 2 in CA A85172 vacated; remanded for entry of corrected judgment; otherwise affirmed.